
**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| RAUL BORGES BORBA-CARDOSO, | No. 17-70742 |
| Petitioner, | Agency No. A030-861-138 |
| v. | |
| WILLIAM P. BARR, Attorney General, | MEMORANDUM* |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted June 5, 2020**
Pasadena, California

Before: CALLAHAN and IKUTA, Circuit Judges, and BENCIVENGO,*** District
Judge.

Raul Borges Borba-Cardoso petitions for review of the Board of

Immigration Appeals order of removal. In a concurrently filed opinion, we hold

---

\* This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

\*\* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

\*\*\* The Honorable Cathy Ann Bencivengo, United States District Judge for the Southern District of California, sitting by designation.

that perjury under section 118(a) of the California Penal Code is an "offense relating to . . . perjury" and is thus an "aggravated felony." 8 U.S.C. § 1101(a)(43)(S). Borba was convicted under section 118(a), and we therefore lack jurisdiction over his petition for review. *See* 8 U.S.C. § 1252(a)(2)(C).

**PETITION DISMISSED**.